U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Stereo Optical Co., Inc.<br>v.<br>Thomas J. Judy, individually, Jacqueline K. Judy, individually, Ralph E. Craig, individually, Richard, Unger, individually, and Vision Assessment Corp., an Illinois Corporation | FILED: MAY 2, 2008<br>08CV2512        TG<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Stereo Optical Co., Inc.

| NAME (Type or print) |  |
|---|---|
| Grant Blumenthal |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Grant Blumenthal |  |
| FIRM |  |
| Tamari & Blumenthal, LLC |  |
| STREET ADDRESS |  |
| 55 West Monroe, Suite 2370 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6238437 | 303-236-6200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |