# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEREO OPTICAL CO., INC., | ) | |
| | ) | |
| Plaintiff | ) | No.   08 CV 2512 |
| | ) | |
| vs. | ) | Judge Kocoras |
| | ) | Magistrate Judge Schenkier |
| THOMAS J. JUDY, individually, JACQUELINE K. JUDY, individually, MR. RALPH E. CRAIG, individually, MR. RICHARD J. UNGER, individually, and VISION ASSESSMENT CORPORATION, an Illinois corporation, | ) ) ) ) ) ) | |
| | ) | PLAINTIFF DEMANDS |
| | ) | TRIAL BY JURY |
| Defendants. | ) | |

## NOTICE OF FILING

**Amended Appearance to name Grant Blumenthal as counsel of record and trial counsel**

Our File: 91-505
TAMARI & BLUMENTHAL LLC
Attorneys for Plaintiff
55 W. Monroe Street, Suite 2370
Chicago, Illinois 60603
Tel: (312) 236-6200
Cook ID: 38582