

**United States District Court**
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

MICHAEL W. DOBBINS,   Office of the Clerk
Clerk

May 12, 2008

**FILED**
**MAY 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Stereo Optical Co., Inc, v. Judy et al
USDC No.  1:08-cv-02512

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.  Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| VA 84-496 | 12/10/1980 | Dr. Ned Jeffrey Steinfeld, Stereo Optical Company, Inc. |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:   K. Coppoletta
       Deputy Clerk