**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　　s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL　　　　APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of ATTORNEY APPEARANCE FORM OF MICHAEL H. BANIAK was served upon:

>Grant Blumenthal
>  *gblumenthal@tamblum.com*
>TAMARI & BLUMENTHAL, LLC
>55 W. Monroe Street, Suite 2370
>Chicago, Illinois  60603
>(312) 236-6200  Telephone
>(312) 577-1593  Facsimile

via electronic filing pursuant to ECF on June 19, 2008.

>s/Michael H. Baniak
>Michael H. Baniak *(baniak@mbhb.com)*
>MCDONNELL BOEHNEN HULBERT
>& BERGHOFF LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile