IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION,<br><br>    Defendants. | Civil Action No. 08 C 2512<br><br>Judge Kocoras<br><br>Mag. Judge Schenkier |

## **MOTION**

Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation (collectively "VAC") hereby move this Court to dismiss Counts I-IV and VII-XIV of Plaintiff Stereo Optical's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| July 18, 2008 | s/Michael H. Baniak<br>Michael H. Baniak<br>  baniak@mbhb.com<br>Sean M. Sullivan<br>  sullivan@mbhb.com<br>Jessica L. Lunney<br>  lunney@mbhb.com<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive, Suite 3100<br>Chicago, Illinois  60606<br>(312) 913-0001  Telephone<br>(312) 913-0002  Facsimile<br><br>*Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2008, a copy of the foregoing was served via electronic mail, and via the Court's electronic filing system, on the following attorneys of record:

> Grant Blumenthal
>   gblumenthal@tamblum.com
> TAMARI & BLUMENTHAL, LLC
> 55 W. Monroe Street, Suite #2370
> Chicago, Illinois  60603
> (312) 236-6200  Telephone
> (312) 416-7963  Facsimile

> s/Jessica L. Lunney
> Jessica L. Lunney (lunney@mbhb.com)
> MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 S. Wacker Drive, Suite 3100
> Chicago, Illinois  60606-6709
> (312) 913-0001  Telephone
> (312) 913-0002  Facsimile

2