IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION,<br><br>                Defendants. | Civil Action No. 08 C 2512<br><br>Judge Kocoras<br><br>Mag. Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:30 a.m., one of the attorneys for Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation (collectively "VAC") shall appear before the Honorable Charles P. Kocoras in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Room 1725, Chicago, Illinois, and present DEFENDANTS' MOTION TO DISMISS COUNTS I-IV AND VII-XIV OF STEREO'S COMPLAINT PURSUANT TO RULE 12(b)(6).

| | |
|---|---|
| July 18, 2008 | s/Michael H. Baniak<br>Michael H. Baniak<br>  *baniak@mbhb.com*<br>Sean M. Sullivan<br>  *sullivan@mbhb.com*<br>Jessica L. Lunney<br>  *lunney@mbhb.com*<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 South Wacker Drive, Suite 3100<br>Chicago, Illinois 60606<br>(312) 913-0001 Telephone<br>(312) 913-0002 Facsimile<br><br>*Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation* |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2008, a copy of the foregoing was served via electronic mail, and via the Court's electronic filing system, on the following attorneys of record:

>Grant Blumenthal
>    gblumenthal@tamblum.com
>TAMARI & BLUMENTHAL, LLC
>55 W. Monroe Street, Suite #2370
>Chicago, Illinois  60603
>(312) 236-6200  Telephone
>(312) 416-7963  Facsimile


>s/Jessica L. Lunney
>Jessica L. Lunney (lunney@mbhb.com)
>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606-6709
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile