# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2512 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Stereo Optical Co., Inc. vs. Judy et al | | |

**DOCKET ENTRY TEXT**

**ENTER MEMORANDUM OPINION:** Defendants' motion [17] to dismiss is denied with respect to Counts I, II, III, IV, VII, VIII, IX, X, and XII. The motion [17] is granted with respect to Counts XI, XIII, and XIV. Status hearing set for 9/11/2008 at 9:30 a.m. to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|