

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 0 3 2009 YM
Apr 3, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| STEREO OPTICAL CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION, <br><br> Defendants. | Civil Action No. 08 C 2512 <br> O8cv 2512 <br><br> Judge Kocoras <br><br> Mag. Judge Schenkier |

## MOTION

Defendant Vision Assessment Corporation ("VAC") hereby moves this Court to for exclusionary sanctions of untimely trade secret contentions pursuant to Federal Rule of Civil Procedure 37(b)(2)(A).

| | |
|---|---|
| April 3, 2009 | Michael H. Baniak <br> baniak@mbhb.com <br> Sean M. Sullivan <br> sullivan@mbhb.com <br> Jessica L. Lunney <br> lunney@mbhb.com <br> McDonnell Boehnen Hulbert & Berghoff LLP <br> 300 South Wacker Drive, Suite 3100 <br> Chicago, Illinois 60606 <br> (312) 913-0001 Telephone <br> (312) 913-0002 Facsimile <br><br> *Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2009, a copy of the foregoing was served via hand-delivery on the following attorneys of record:

> Grant Blumenthal
>   gblumenthal@tamblum.com
> TAMARI & BLUMENTHAL, LLC
> 55 W. Monroe Street, Suite #2370
> Chicago, Illinois 60603
> (312) 236-6200  Telephone
> (312) 416-7963  Facsimile

> Jessica L. Lunney (jlunney@mbhb.com)
> MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 S. Wacker Drive, Suite 3100
> Chicago, Illinois 60606-6709
> (312) 913-0001  Telephone
> (312) 913-0002  Facsimile