**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEREO OPTICAL CO., INC.,<br><br>                    Plaintiff,<br><br>   v.<br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION,<br><br>                  Defendants. | Civil Action No. 08 C 2512<br><br>Judge Kocoras<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION FOR SUMMARY JUDGMENT OF COPYRIGHT CLAIMS**

Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation (collectively "VAC") hereby move this Court to grant summary judgment of noninfringement on all of Plaintiff Stereo Optical's ("Stereo") copyright claims, pursuant to Federal Rule of Civil Procedure 56, for at least the reasons that:

- Stereo's one registration, for which it has no deposit copy (the "Steinfeld Butterfly"), (i) is for a single red-green butterfly stereopsis (vision) test that the District Court for the Southern District of New York ruled did not even cover the Stereo Butterfly test in suit in a case against Stereo twenty years ago; and (ii) the Steinfeld "brown book" version that Stereo alleges as a surrogate for infringement is not the same as the registered work, and is at best a derivative work, for which there is no registration;

- All four of Stereo's stereopsis tests at issue—the Stereo Butterfly Test, the Stereo Fly Test, the Stereo Randot Test, and the Stereo Random Dot E Tests—were widely published without copyright notice, decades ago; have never been registered; and have accordingly been injected into the public domain;

1

- VAC's Butterfly test is yet a fourth butterfly stereopsis test, not substantially similar to the registered test (whatever that may be), to the unregistered "brown book" butterfly, or to the unregistered Stereo Butterfly;

- All four of VAC's stereopsis tests at issue—the VAC Butterfly Test, the VAC Fly Test, the VAC Random Dot Test, and the VAC Random Dot E Test—were all, indisputably, independently created by Richard Unger months after all of the individual defendants left employment at Stereo; and

- None of the Stereo tests or the Steinfeld work is protectable under Copyright Law because they are completely utilitarian and functional.

These and other bases for a summary judgment of noninfringement as to all defendants and all of the copyright claims are supported by the MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COPYRIGHT CLAIMS, DECLARATION OF RICHARD J. UNGER, and DECLARATION OF JESSICA L. LUNNEY, and their attached Exhibits, all submitted herewith.

December 8, 2009

/Jessica L. Lunney/
Michael H. Baniak
 baniak@mbhb.com
Sean M. Sullivan
 sullivan@mbhb.com
Jessica L. Lunney
 lunney@mbhb.com
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

*Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2009, a copy of the foregoing was hand delivered to the following attorneys of record:

>Grant Blumenthal
>   gblumenthal@tamblum.com
>TAMARI & BLUMENTHAL, LLC
>55 W. Monroe Street, Suite #2370
>Chicago, Illinois  60603
>(312) 236-6200  Telephone
>(312) 416-7963  Facsimile


>/Jessica L. Lunney/
>Jessica L. Lunney (lunney@mbhb.com)
>McDonnell Boehnen Hulbert & Berghoff LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606-6709
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile