IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC.,<br><br>                         Plaintiff,<br><br>   v.<br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION,<br><br>                        Defendants. | Civil Action No. 08 C 2512<br><br>Judge Kocoras<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFF'S TRADE SECRET AND OTHER REMAINING CLAIMS**

Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation hereby move this Court to grant summary judgment for Defendants on Counts IV-X and XII of Plaintiff Stereo Optical's ("Stereo") Complaint, including the trade secret and various common law claims,[1] pursuant to Federal Rule of Civil Procedure 56, for at least the reasons that:

- Stereo has failed to identify the allegedly misappropriated trade secrets with the requisite, indeed any, particularity;

- Stereo's alleged "trade secrets" do not qualify as trade secrets;

- Stereo cannot proffer evidence that Defendants misappropriated any of the trade secrets or that Defendants have used any trade secrets in their business;

- Many of Stereo's other common law and contract Counts are rooted in the trade secret claims and fail for the same reasons; and

---

[1] The other Counts (I-III) are subject of the co-pending motion directed to the Copyright Counts. Counts XI, XIII, XIV were previously dismissed.

1

- Stereo cannot provide evidence sufficient to raise any material fact that its other Counts should not also be dismissed as unsupported, with judgment for Defendants as a matter of law.

These and other bases for summary judgment on all remaining Counts as to all defendants are supported by the MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADE SECRET AND OTHER REMAINING CLAIMS and DECLARATION OF JESSICA L. LUNNEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S TRADE SECRET AND OTHER REMAINING CLAIMS, and its attached Exhibits, all submitted herewith.  Defendants request oral argument on the present motion as well as on Defendants' first motion for summary judgment on the copyright claims, D.I. 174, as the Court may direct.

December 23, 2009

Respectfully submitted,

/s/Michael H. Baniak
Michael H. Baniak
  baniak@mbhb.com
Sean M. Sullivan
  sullivan@mbhb.com
Jessica L. Lunney
  lunney@mbhb.com
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois  60606
(312) 913-0001  Telephone
(312) 913-0002  Facsimile

*Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 23, 2009, a copy of the foregoing was hand delivered to the following attorneys of record:

>Grant Blumenthal
>    gblumenthal@tamblum.com
>TAMARI & BLUMENTHAL, LLC
>55 W. Monroe Street, Suite #2370
>Chicago, Illinois  60603
>(312) 236-6200  Telephone
>(312) 416-7963  Facsimile


>/s/Michael H. Baniak
>Michael H. Baniak (baniak@mbhb.com)
>McDonnell Boehnen Hulbert & Berghoff LLP
>300 S. Wacker Drive, Suite 3100
>Chicago, Illinois  60606-6709
>(312) 913-0001  Telephone
>(312) 913-0002  Facsimile