IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC., <br> Plaintiff, <br><br> vs. <br><br> THOMAS J. JUDY, individually, JACQUELINE K. JUDY, individually, MR. RALPH E. CRAIG, individually, MR. RICHARD J. UNGER, individually, and VISION ASSESSMENT CORPORATION, an Illinois corporation, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 08 CV2512 <br><br> Judge Charles P. Kocoras <br><br> **Oral Argument Requested** |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Stereo Optical Co., Inc. ("Stereo") hereby moves for partial summary judgment on the issue of liability under Count IV (Trade Secrets), Count V (Breach of Contract) and Count VI (Breach of Contract) of Stereo's Complaint against Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger and Vision Assessment Corporation ("Defendants"), pursuant to Federal Rule of Civil Procedure 56 for, inter alia, the following reasons:

1. The undisputed material facts establish that Defendants, former executive level employees of Stereo, violated Section 2(d) of the Illinois Trade Secrets Act, 765 ILCS 1065 §2 et seq., when they misappropriated Stereo's confidential trade secrets and used the misappropriated secrets to establish a competing company. As more fully set forth in Stereo's memorandum in support of its motion for partial summary judgment, the misappropriated trade secrets are Stereo's: (i) customer lists, (ii) customer pricing information, (iii) contract renewal dates, (iv) financial and strategic business plans, (v) price and cost information, and (vi) management techniques and organizational designs.

2. The undisputed material facts establish that Defendants breached the precise terms of their respective Confidentiality and Intellectual Property Agreements (the

"Agreements") when they disclosed and used Stereo's confidential information and trade secrets, and rendered services for, and on behalf of, Vision Assessment Corporation.[1]

3. The undisputed material facts also demonstrate that Defendants breached the precise terms of their respective Confidentiality and Intellectual Property Agreements (the "Agreements") when they hired, employed, recruited and attempted to recruit Stereo employees, and former employees, to work for, and on behalf of, Vision Assessment Corporation.[2]

4. Defendants have failed to adduce any evidence in this case which raises issues of material fact in opposition to the granting of partial summary judgment on the issue of liability under Count IV (Trade Secrets), Count V (Breach of Contract) and Count VI (Breach of Contract) of Stereo's Complaint

5. Stereo submits herewith, in support of its motion for partial summary judgment, the declaration of Grant Blumenthal in support of Stereo's motion for partial summary judgment, Stereo's memorandum of law in support of its motion for partial summary judgment, and Exhibits 1-43 in support of Stereo's motion for partial summary judgment.

---

[1] The Confidentiality and Intellectual Property Agreements provide in relevant part:

> Except as may be required by Employee's employment with Company, Employee, will not, without Company's prior written consent, disclose or use at any time, either during or after Employee's employment, any Confidential Information/Trade Secrets. Further, Employee will not render any Services for or on behalf of any person or entity that has improperly acquired any Confidential Information/Trade Secrets.

[2] The Confidentiality and Intellectual Property Agreements also provide in relevant part:

> <u>Non-Solicitation of Employees</u>. During Employment and for a period of one year immediately following termination, Employee agrees not to hire, employ, solicit, divert, recruit, or attempt to induce, on Employee's behalf or on behalf of any person or entity, directly or indirectly, any existing or future employee of Company to leave his or her position with Company

Stereo requests oral argument on its motion for partial summary judgment, and prays for partial summary judgment on the issue of liability under Counts IV (Trade Secrets Act), V (Breach of Contract) and VI (Breach of Contract), in its favor and against Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger and Vision Assessment Corporation, and for further relief as this Court deems appropriate.

Dated:  December 24, 2009

Grant Blumenthal
Tamari & Blumenthal, LLC
55 West Monroe, Suite 2370
Chicago, IL 60603
Phone: (312)236-6200
Fax:    (312)416-7963
Our File Number 91-505
Counsel for Stereo Optical Co., Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 24, 2009, a copy of the foregoing Plaintiff's Motion for Partial Summary Judgment on Counts IV, V and VI, Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Counts IV, V and VI, Declaration of Grant Blumenthal, Proposed Order for Partial Summary Judgment, and Exhibits 1-43 in Support of Plaintiff's Motion for Partial Summary Judgment on Counts IV, V and VI were served via hand delivery on the following attorneys of record:

Ms. Jessica L. Lunney
lunney@mbhb.com
McDonnell Boehnen Hulbert & Berghoff, LLP
300 S. Wacker Dr, Suite 3100
Chicago Illinois 60606

Mr. Sean Michael Sullivan
sullivan@mbhb.com
McDonnell Boehnen Hulbert & Bergoff, LLP
300 S. Wacker Dr , Suite 3100
Chicago Illinois 60606

Mr. Michael H. Baniak
baniak@mbhb.com
McDonnell Boehnen Hulbert & Berghoff, LLP
300 S. Wacker Dr., Suite 3100
Chicago Illinois 60606

Grant Blumenthal
Tamari & Blumenthal, LLC
55 West Monroe, Suite 2370
Chicago, IL 60603
Phone: (312)236-6200
Fax:    (312)416-7963
Our File Number 91-505
Counsel for Stereo Optical Co., Inc.