IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC., <br><br>                Plaintiff, <br><br>   v. <br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION, <br><br>                Defendants. | Civil Action No. 08 C 2512 <br><br> Judge Charles P. Kocoras |

**MOTION TO STRIKE AND EXCLUDE**
**STEREO'S NEW AND IMPROPER EVIDENCE AND THEORIES**

      Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation hereby move this Court to strike and exclude Plaintiff Stereo Optical's new and improper evidence and theories, as described in the MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION which, along with supporting Exhibits, is submitted herewith.

| | |
|---|---|
| February 5, 2010 | /Jessica L. Lunney/ <br> Michael H. Baniak <br>   baniak@mbhb.com <br> Sean M. Sullivan <br>   sullivan@mbhb.com <br> Jessica L. Lunney <br>   lunney@mbhb.com <br> McDonnell Boehnen Hulbert & Berghoff LLP <br> 300 South Wacker Drive, Suite 3100 <br> Chicago, Illinois 60606 <br> (312) 913-0001 Telephone <br> (312) 913-0002 Facsimile <br><br> *Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation* |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 5, 2010, a copy of the foregoing was hand delivered to, and served via the Court's electronic filing system on, the following attorneys of record:

Grant Blumenthal
gblumenthal@tamblum.com
TAMARI & BLUMENTHAL, LLC
55 W. Monroe Street, Suite #2370
Chicago, Illinois 60603
(312) 236-6200 Telephone
(312) 416-7963 Facsimile


/Jessica L. Lunney/
Jessica L. Lunney (lunney@mbhb.com)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606-6709
(312) 913-0001 Telephone
(312) 913-0002 Facsimile