**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Stereo Optical Co., Inc,
                            Plaintiff,

v.                                                          Case No.: 1:08−cv−02512
                                                         Honorable Charles P. Kocoras

Thomas J. Judy, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 28, 2010:

       MINUTE entry before Honorable Sidney I. Schenkier:Settlement conference held. Settlement reached. By 07/09/10, the parties shall submit to the presiding district judge a stipulation to dismiss pursuant to settlement. All matters subject to the referral having been concluded, the referral is hereby terminated.Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.