IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEREO OPTICAL CO., INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>THOMAS J. JUDY, JACQUELINE K. JUDY, MR. RALPH E. CRAIG, MR. RICHARD J. UNGER, and VISION ASSESSMENT CORPORATION,<br><br>               Defendants. | Civil Action No. 08 C 2512<br><br>Judge Kocoras<br><br>Mag. Judge Schenkier |

## CONSENT ORDER DISMISSING ACTION WITH PREJUDICE

It has been represented to the Court that Plaintiff Stereo Optical Co., Inc. and Defendants Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation, have agreed to a compromise and settlement of this Civil Action and all claims, defenses, and counterclaims relating thereto.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. All claims in this matter are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with the parties to bear their own costs and fees.

SO ORDERED.

Dated:  June 30, 2010

                                                                              CHARLES P. KOCORAS
                                                                              UNITED STATES DISTRICT JUDGE

APPROVED AND CONSENTED TO:

/Grant Blumenthal/
Grant Blumenthal
  *gblumenthal@tamblum.com*
Tamari & Blumenthal, LLC
55 W. Monroe Street, Suite #2370
Chicago, Illinois 60603
(312) 236-6200 Telephone
(312) 416-7963 Facsimile

*Counsel for Stereo Optical Co., Inc.*

/Jessica L. Lunney /
Michael H. Baniak
  *baniak@mbhb.com*
Sean M. Sullivan
  *sullivan@mbhb.com*
Jessica L. Lunney
  *lunney@mbhb.com*
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

*Counsel for Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard J. Unger, and Vision Assessment Corporation*